UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
) CASE NO. 16-70025 - LRC
Hope Elaine Stevenson, )
) CHAPTER 13
Debtor. )
)

**APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL**

COMES NOW Hope Elaine Stevenson, Debtor, and respectfully requests this Court to approve this application. In support of this application, Debtor shows to this Honorable Court the following:

1.

On November 7, 2016, Debtor filed a Petition under Chapter 13 of the Bankruptcy Code.

2.

Between 2015 and 2016, Debtor received unauthorized debt collection phone calls from various entities.

3.

On or about August 25, 2016, Debtor retained Adam Klein and Matthew T. Berry ("Attorneys") as counsel to represent Debtor in Telephone Consumer Protection Act and GA Fair Business Protection Act claims against Drivetime Automotive Group, Inc., Drivetime Sales & Finance Company, LLC, Drivetime Car Sales Compay, LLC, Bridgecrest Acceptance Corporation, Bridgecrest Credit Company, LLC and Progressive Leasing ("Claims").

4.

Debtor desires the continued services of Attorneys to represent Debtor in the Claims.

5.

Debtor wishes the Court to approve the employment of Attorneys as Special Counsel for the express purpose of representing Debtor in matters relating to the Claims.

6.

Debtor and Attorneys understand and agree that any settlement of the Claims is subject to the approval of the Chapter 13 Trustee and the U.S. Bankruptcy Court.

7.

The professional services that Attorneys will render include, but are not limited to:

    a) Providing Debtor with legal and counseling services regarding the Claims;

    b) Preparing the necessary applications, pleadings, forms, motions, answers, orders and other legal papers related to the Claims; and

    c) Performing all other related legal services for Debtor which may be reasonably necessary.

8.

Debtor has employed Attorneys under contingency fee or hourly fee for service (whichever is greater), with all compensation paid to Debtor subject to approval by this Court. The attorney-client agreement between Debtor and Attorneys is attached hereto as Exhibit "A". The approval of the employment of Attorneys as Special Counsel would be in the best interest of the estate.

9.

To the best of Debtor's knowledge, Attorneys have been retained to represent Debtor's interest in the Claims only. Further, Attorneys do not hold, represent or maintain any interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. § 101(14). Specifically, Attorneys do not have a connection with Debtor, Debtor's creditors, any counsel of record in Debtor's bankruptcy, any accountants associated with the bankruptcy case, the United States Trustee, the Chapter 13 Trustee, or any person employed in the office of the Chapter 13 Trustee, and represents no interest adverse to Debtor with respect to any matter for which employed by Debtor. The Verification Under Bankruptcy Rule 2014 is attached hereto as Exhibit "B."

WHEREFORE, Debtor prays that the Court approve Debtor's employment of Matthew T. Berry and Adam Klein as Special Counsel, as provided under Chapter 13 of the Bankruptcy Code, with all compensation to be paid subject to the Court's approval.

Respectfully submitted,
King & King Law LLC

_____ /S/
Chris Sleeper
Georgia Bar Number 700884
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
**Attorney for Debtor**

# Exhibit A

## AUTHORIZATION AND RETENTION AGREEMENT

I wish to retain the Law Offices of Matthew T. Berry & Associates, LLC (the "Firm"), to assist me in taking action to remedy harassing phone calls and other violations of Consumer Protection Statutes. I hereby grant to the Firm

1. Authority to access my cell phone call log related to harassing calls;

2. To take the action necessary to enroll my cell phone number with the National and Georgia Do Not Call Registry including the establishment of a unique email address for this purpose;

3. To take action against any party for violations of Consumer Protection laws including issuing demands or instituting litigation at the firms discretion without further authorization;

4. To dismiss any claim or action at the Firm's discretion without further communication with or authorization by me;

5. To withdraw as counsel of record at the Firm's discretion from any pending Civil Action pursuant to the Rules and Requirements of the particular Court; and

6. To execute, endorse, or otherwise sign any document or instrument necessary to effectuate the prosecution or resolution of any claims undertaken pursuant to this agreement.

The undersigned acknowledges that

A. The firm will only seek payment of its fees, hourly (at Firm's current rates) or contingent (at 45% of the gross recovery) whichever is greater, from the wrongful party and that **I will not be responsible for our fees or costs beyond those shifted to the wrongful party.**

B. The Firm may refer the Client's matter to referral counsel as necessary to assist in the prosecution of the case without additional charges to the client.

C. I understand that it is my responsibility to make sure that the Firm always has the ability to reach me by mail, phone and email. I agree to cooperate with the prosecution of my claim; and

D. This contract contains the entire understanding of the parties. No other agreement, statement or promise made on or before the effective date of this contract will be binding on the parties.

Agreed To this 28th day of April_____, 2016.

_Hope Stevenson_
_____
E-Signature  Hope Stevenson

2016/04/28
2016-01-22 18:54:29

# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CASE NO.16-70025 - LRC
Hope Elaine Stevenson, )
) CHAPTER 13
Debtor. )

## VERIFICATION UNDER BANKRUPTCY RULE 2014

COMES NOW, the undersigned affiant, after being duly sworn and hereby states as follows:

1.

I am an attorney lawfully admitted to practice law in the State of Georgia. My business address is 2751 Buford Highway, Suite 600, Atlanta, GA 30324: (404) 235-3334, phone number.

2.

I will counsel with and represent Debtor in performing legal services related to the claim of Debtor.

3.

I represent no interest which would be adverse to this estate in the matters setforth above; specifically, I represent no interest or connection with any creditors, any other parties of interest, third parties, their respective attorneys, accountants, the U.S. Trustee or any person employed in the Office of the U. S. Trustee, in which I am to be engaged.

After being duly sworn, I, Matthew T. Berry, declare under penalty of perjury that the statements set forth in this Verification are true and correct to the best of my knowledge, information and belief.

Matthew T. Berry
State Bar # 055663

Sworn before me this ____ day of January, 2017

_____
Notary Public
My commission expires: April 3, 2020

[Notary Seal: JULIA BRISCOE, NOTARY, EXPIRES GEORGIA April 3, 2020, FULTON COUNTY, PUBLIC]

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CASE NO.16-70025 - LRC
Hope Elaine Stevenson, )
) CHAPTER 13
Debtor. )

## VERIFICATION UNDER BANKRUPTCY RULE 2014

COMES NOW, the undersigned affiant, after being duly sworn and hereby states as follows:

1.

I am an attorney lawfully admitted to practice law in the State of Georgia. My business address is 2751 Buford Highway, Suite 600, Atlanta, GA 30324: (404) 235-3334, phone number.

2.

I will counsel with and represent Debtor in performing legal services related to the claim of Debtor.

3.

I represent no interest which would be adverse to this estate in the matters setforth above; specifically, I represent no interest or connection with any creditors, any other parties of interest, third parties, their respective attorneys, accountants, the U.S. Trustee or any person employed in the Office of the U. S. Trustee, in which I am to be engaged.

After being duly sworn, I, Adam J. Klein, declare under penalty of perjury that the statements set forth in this Verification are true and correct to the best of my knowledge, information and belief.

_____
Adam Klein
State Bar # 425032

Sworn before me this 20th
day of January, 2017.

_____
Notary Public
My commission expires: April 3, 2020

[Notary Seal: Julia Briscoe, Notary Public, Georgia, Fulton County, Expires April 3, 2020]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
) CASE NO. 16-70025 - LRC
Hope Elaine Stevenson, )
) CHAPTER 13
Debtor. )

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury, that I am more than eighteen (18) years of age and that on this day I served a copy of the within Application to Approve Employment of Special Counsel upon the following and upon the parties in the attached matrix by, unless otherwise noted, depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Hope Elaine Stevenson
P.O. Box 930116
Norcross, GA 30003

Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street NW, Suite 200
Atlanta, GA 30303; Via E-notice

U.S. Trustee
362 Richard B. Russell Building
75 Spring Street
Atlanta, GA 30303

Date: January 31, 2017.

                                                                               /S/

Chris Sleeper
Georgia Bar Number 700884
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
**Attorney for Debtor**