UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Hope Elaine Stevenson, | ) | |
| | ) | CASE NO.: 16-70025-LRC |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

## MOTION TO DISMISS

COMES NOW Adam M. Goodman, Trustee in the above styled matter, and respectfully shows the Court as follows:

1. Debtor has filed a petition for relief under Chapter 13.
2. Debtor has failed to comply with this Court's Order requiring regular monthly Plan payments. Debtor should have paid $1,800.00. Debtor has paid a total of $1,600.00, causing a delinquency of $200.00. Debtor's Plan violates 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6).
3. Debtor's Plan will exceed 60 months, in violation of 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6); see also 11 U.S.C. § 1322(d).
4. In additon, Debtor failed to remit the 2016 income tax returns, or any resulting refund to the Trustee. Accordingly, Debtor is in material default of the terms of the confirmed Plan and has caused unreasonable delay that is prejudicial to the creditors. The case should be dismissed. 11 U.S.C. §§ 1307(c)(1) and 1307 (c)(6).

WHEREFORE, Trustee respectfully requests this case be dismissed.

Dated: September 29, 2017

Prepared and Presented by:

/s/

Mandy K. Campbell
Attorney for Chapter 13 Trustee
GA Bar No. 142676
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Hope Elaine Stevenson, | ) | |
| | ) | CASE NO.: 16-70025-LRC |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF HEARING ON MOTION TO DISMISS**

A hearing on the Chapter 13 Trustee's Motion to Dismiss will be held October 05, 2017 at 9:45 am in the Richard B. Russell Building, 75 Ted Turner Drive S.W. Courtroom 1204, Atlanta, GA 30303-3367.

All written objections shall state the grounds therefor and shall be filed with the Clerk, United States Bankruptcy Court: Richard B. Russell Building, 75 Ted Turner Drive S.W., Room 1340, Atlanta, GA 30303.

A copy of any objection should be furnished to the Chapter 13 Trustee:

Adam M. Goodman, Standing Chapter 13 Trustee, 260 Peachtree St NW, Suite 200, Atlanta, GA 30303.

Prepared and Presented by:

Dated: September 29, 2017

/s/

Mandy K. Campbell
Attorney for Chapter 13 Trustee
GA Bar No. 142676
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Hope Elaine Stevenson, | ) ) ) | CASE NO.: 16-70025-LRC |
| DEBTOR. | ) ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    HOPE ELAINE STEVENSON
    P.O. BOX 930116
    NORCROSS, GA  30003

    DEBTOR(S) ATTORNEY:

    KING & KING LAW L.L.C
    215 PRYOR STREET, SW
    ATLANTA, GA  30303

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on the Motion to

Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope

with adequate postage thereon.

    September 29, 2017

                                              Prepared and Presented by:

                                              /s/

                                              Mandy K. Campbell
                                              Attorney for Chapter 13 Trustee
                                              GA Bar No. 142676
                                              260 Peachtree Street, NW, Suite 200
                                              Atlanta, GA 30303
                                              (678) 510-1444 Phone
                                              (678) 510-1450 Fax