UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:            CASE NO. 16-70025 - LRC

Hope Elaine Stevenson,           CHAPTER 13

    Debtor.

---

NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS,
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**TO: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Hope Elaine Stevenson, the Debtor, has filed a proposed Modification to the confirmed Plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on <u>October 2, 2017</u>. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court
Room 1340, United States Courthouse
Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:
**Hope Elaine Stevenson
P.O. Box 930116
Norcross, GA 30003**

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **November 2, 2017, at 10:00 a.m.** in **Courtroom 1204**, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated: October 2, 2017

                              Respectfully submitted,
                              King & King Law LLC

                              By: _/S/_____
                              Alaina Joseph, Attorney for Debtor
                              Georgia Bar Number 940583
                              215 Pryor Street
                              Atlanta, GA 30303
                              404-524-6400
                              notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 16-70025 - LRC |
| Hope Elaine Stevenson, | CHAPTER 13 |
| Debtor. | |

POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR ITS APPROVAL

Hope Elaine Stevenson, Debtor, proposes to modify the confirmed Chapter 13 Plan in this case as set forth below and requests that this Modification be approved.

MODIFICATION OF PLAN

Hope Elaine Stevenson, Debtor, hereby modifies the Chapter 13 Plan, which the Court confirmed on June 23, 2017.

I.

**In an effort not to exceed sixty (60) months, Debtor hereby modifies Paragraph 2 of his confirmed Chapter 13 Plan, as follows:**

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$290.00** $200.00 per month to Trustee by [x] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of thirty-six (36) months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

[electronic signature page to follow]

Dated: October 2, 2017

Respectfully submitted,
King & King Law LLC

By:_____/s/_____
Alaina Joseph, Attorney for Debtor
Georgia Bar Number 940583
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:                           CASE NO. 16-70025 - LRC

Hope Elaine Stevenson,                      CHAPTER 13

    Debtor.

---

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Hope Elaine Stevenson, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my information and belief.

Date: September 28, 2017

Signed: _/s/ Hope Stevenson_
Hope Elaine Stevenson