**IT IS ORDERED as set forth below:**

**Date: November 24, 2017**



_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **HOPE ELAINE STEVENSON,** | ) | CASE NO. **16-70025-LRC** |
| | ) | |
| DEBTOR. | ) | |

### CONSENT ORDER

On August 29, 2017, the Chapter 13 Trustee filed a _Motion to Dismiss_ (Doc. No. 46), which came on for hearing November 2, 2017 upon notice to Debtor and Debtor's attorney. Debtor and Trustee reached an agreement, pursuant to which it is hereby

**ORDERED** that the Plan base[1] shall be increased by $1,763.00 to account for Debtor's 2016 income tax refund. It is further

---

[1] The "Plan base" is the _applicable commitment period_ multiplied by payments designated in the Plan, plus such other amounts as may be added to _disposable income_ during the life of the Plan (such as tax refunds and other sums designated by the Plan or by order of the Court). 11 U.S.C. § 1322 (d) and §1325(b)(1)(B) and (b)(4).

**ORDERED** that, commencing with the Plan payment next due following the entry date of this order, and continuing for twelve (12) months, Debtor shall timely make Plan Payments to the Trustee on or before the anniversary date for each such payment (as set forth in the confirmed Plan). Should Debtor fail to timely make any payment due under the Plan, as presently confirmed or as subsequently amended, then the Trustee may submit a Supplemental Report recommending dismissal, and upon receipt of such a report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk of Court is directed to serve this Order upon Debtor, Debtor's Attorney, Trustee, and all creditors and parties in interest.

### [END OF DOCUMENT]

Prepared and Presented by:

William A. Bozarth,
Attorney for the Chapter 13 Trustee
GA Bar No. 940530
260 Peachtree Street
Suite 200
Atlanta, GA  30303
TEL: 678-510-1444

Consented to by:

(with express permission)
Alaina Joseph
Attorney for the Debtor
Georgia Bar No. 940583
King & King, P.C.
215 Pryor Street, SW
Atlanta, GA 30303-3748
(404) 524-6400
Fax : (404) 524-6425