UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING ORDER ENTERED ON DOCKET ON 11/24/17**

CASE NO.:     16-70025-LRC

DEBTOR:       HOPE ELAINE STEVENSON

**TRUSTEE TO REPORT BACK**

WHETHER DEBTOR'S PAYMENTS ARE CURRENT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

RECOMMENDS DISMISSAL BECAUSE: THE DEBTOR HAS FAILED TO COMPLY WITH THE PAYMENT TERMS OF THE ABOVE-STATED ORDER; THE TRUSTEE HAS NOT RECEIVED ANY PLAN PAYMENTS IN THIS CASE SINCE 11/9/17.

PLEASE ENTER AN ORDER OF DISMISSAL.

February \_\_1\_\_, 2018

_____
Melissa J. Davey
Chapter 13 Trustee
GA Bar No. 206310

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

16-70025-LRC

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

Hope Stevenson
P.O. Box 930116
Norcross, GA 30003

ATTORNEY FOR DEBTOR:

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This ____1____ day of February, 2018.

_(signature)_
Melissa J. Davey
Chapter 13 Trustee
GA Bar No. 206310


Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444